THEODORE D. PARSONS AND A. CHESTER CONROW, SURVIVING EXECUTORS, *ETC.*, PLAINTIFFS - RESPONDENTS, v. JOAN C. CONROW, DEFENDANT-RESPONDENT, v. FLORENCE WORTHLEY, *ET ALS.*, DEFENDANTS-PETITIONERS.

*Messrs. Carton, Nary, Witt & Arvanitis* and *Mr. Henry E. Kordes* for the petitioners.

*Messrs. Clapp & Eisenberg, Mr. Louis M. Drazin* and *Mr. Arnold K. Mytelka* for the defendant-respondent.

January 16, 1968. Denied.

SARAH A. MANNING, PLAINTIFF-RESPONDENT, v. JACOB S. KASDIN, *ET ALS.*, DEFENDANTS-PETITIONERS.

See same case below: 97 *N. J. Super.* 406.

*Messrs. Friedman, Grundman & Friedman* for the petitioners.

*Messrs. Schenck, Price, Smith & King; Mr. Stewart G. Pollock* and *Mr. John J. Harper* for the respondent.

January 16, 1968. Denied.

JASPER C. GOULD, *ET AL.*, PLAINTIFFS-PETITIONERS, v. AMERICAN WATER WORKS SERVICE CO., INC., *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Stryker, Tams & Dill, Mr. Burtis W. Horner* and *Mr. John F. Di Lorenzo, Jr.* for the petitioners.

*Messrs. McCord, Farrell, Eynon & Munyon* for the respondents.

January 16, 1968. Granted.